UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

REVEREND DOCTOR KEITH ALAN LASKO,

    Plaintiff,

v.

WILLIAM C. ROBERTS, M.D. *et al.*,

    Defendants.

Case No. 2:15-CV-00967-KJD-GWF

**ORDER**

Before the Court for consideration is the Report and Recommendation (#3) of Magistrate Judge George Foley, Jr. entered October 5, 2015, recommending that Plaintiff's Motion for Leave to Proceed *in forma pauperis* (#1) be granted and that Plaintiff's Complaint (#1, Ex.1 ) be dismissed without prejudice. Plaintiff filed an objection to the Report and Recommendation on October 15, 2015.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#3) of the United States Magistrate Judge entered October 5, 2015, should be **ADOPTED** and **AFFIRMED**.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (#3) entered October 5, 2015, are **ADOPTED** and **AFFIRMED;**

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (#1, Ex. 1) is dismissed without prejudice.

DATED this 1st day of March, 2016.

_____
Kent J. Dawson
United States District Judge