# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEITH ALAN LASKO, Reverend Doctor, Minister of Worldwide Ministries of Jesus Christ and American Board of Cardiology

  Plaintiff – Appellant,

v.

WILLIAM C. ROBERTS; et al.,

  Defendants – Appellees.

Case No. 2:15-CV-00967-KJD-GWF

**ORDER**

Presently before the Court is the Order of the Ninth Circuit Court of Appeals directing the Court to determine whether *in forma pauperis* status should continue for this appeal or whether the appeal is frivolous or taken in bad faith (#10).

An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith. See 28 U.S.C. § 1915 (a) (3).

In this action, Appellant submitted a complaint based on the same facts as another related action initiated by Appellant. See 2:13-cv-1893-JAD-NJK; see also Notice of Related Cases (#2). Both actions are based on allegations that Appellees destroyed Appellant's non-profit religious organizations. The initial case depended on warnings issued about the Appellant's organization by Appellees. The instant case also relies on those warnings and on the blog posts of Appellee William C. Roberts, M.D. The underlying facts in both cases are very similar. The Court agrees with the findings and Report and Recommendation of the Magistrate that the present action appears to be an attempt by Appellant to evade Judge Dorsey's ruling in the prior case limiting Appellant to certain claims in his Second Amended Complaint. See 2:13-cv-1893-JAD-NJK (#216), p. 13. Further, Appellant's claims are currently before the Ninth Circuit in Case No. 16-15032 and Appellant has

filed for leave to proceed *in forma pauperis* in that action.  Therefore, the Court finds that the current appeal is frivolous.

DATED this 24th day of March 2016.

_____
Kent J. Dawson
United States District Judge